CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MORELLA LOMBARDI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SHAUN DONOVAN, SECRETARY, UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; RAY W. BREWER, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | CV 11-04264 MWF (PLAx)<br><br>**JUDGMENT** |

Defendants' Motion for Summary Judgment having come on for hearing, and the Court having considered the pleadings, evidence presented, and the memorandum of points and authorities, and in accordance with the Statement of Uncontroverted Facts and Conclusions of Law, the Court granted summary judgment in Defendants' favor on November 6, 2012. (Docket No. 54).

In accordance with the Order Granting Defendants' Motion for Summary Judgment and pursuant to Rule 58(d) of the Federal Rules of Civil Procedure IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff Morella Lombardi will take nothing from Defendants in this action and Defendants may submit an application to tax costs according to proof.

SO ORDERED this 26th day of November, 2012.

_____
MICHAEL W. FITZGERALD
United States District Judge